IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RUSSELL MARKS,

Plaintiff,

Case No. 26-cv-86-wmc

v.

CONOPCO, INC, *doing business as Unilever*,

Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Conopco, Inc., doing business as Unilever, against plaintiff Russell Marks dismissing this case without prejudice.

s/ Deputy Clerk
Joel Turner, Clerk of Court

8/18/2026
Date