U.S. DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN
SEP 21 2026
FILED/REC'D
CLERK OF COURT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

RUSSELL MARKS,

Plaintiff,

vs.

Civil Case No. 3:26-cv-00086-wmc

CONOPCO INC.,

Defendant.

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and without costs or attorney's fees awarded to any party.

Respectfully submitted this 11 day of September, 2026.

RUSSELL MARKS

*/s/ Russell Marks*

Russell Marks
russell.scott.marks@gmail.com
201 N. Blair, Apt 203
Madison, WI 53703

*Pro Se Plaintiff*