MID-ISLAND NY 117

17 SEP 2026 PM 6 L

Mail a smile.

Thinking of You

FREEDOM

FOREVER / USA

SCANNED

Clerk of Court
United States District Court
Western District of Wisconsin
120 N. Henry Street - Room 320
Madison, WI 53703

53703-430499